JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR99-147 RBL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| v. | ) | MOTION TO SEAL RESENTENCING |
| | ) | MEMORANDUM AND EXHIBITS |
| BRIJIDO MEJIA-PIMENTAL, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to seal his resentencing memorandum and exhibits came on regularly for hearing, and the Court being fully advised,

IT IS HEREBY ORDERED that defendant's sentencing memorandum and all exhibits is allowed to be filed under seal.

Ordered this 24th day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746